IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>WILLIAM KILLINGSWORTH<br>SSAN: XXX-XX-2661<br><br>DIERDRE KILLINGSWORTH<br>SSAN: XXX-XX-1050<br><br>Debtor(s) | Case No. 14-33049-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, November 7, 2014.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, December 18, 2014.

(**X**) The Trustee has not received the debtors' tax returns as required by 11 USC § 521.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Wednesday, January 7, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Curtis C. Reding*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Wednesday, 7 January, 2015.

Copy to: DEBTOR(S)
          RICHARD D SHINBAUM

/s/ *Curtis C. Reding*
Curtis C. Reding

WILLIAM KILLINGSWORTH
DIERDRE KILLINGSWORTH
2601 DUFFEY DR
PRATTVILLE , AL 36067

Case 14-33049   Doc 21   Filed 01/07/15   Entered 01/07/15 22:46:04   Desc   Page 1 of 1